MURIEL CAMPBELL, Respondent, *v.* PETER G. EICHERT, etc., Appellant.

Supreme Court, Appellate Term, First Department, March 21, 1935.

*Walter J. Ryan,* for the appellant.

*William T. Andrews* [*John H. Lewis* of counsel], for the respondent.

PER CURIAM. A beauty parlor is not specifically mentioned in the Civil Rights Law, sections 40, 41, and is not a place of public accommodation under the common law or under the general terms of the statute. (*Burks* v. *Bosso,* 180 N. Y. 341; *Gibbs* v. *Arras Brothers,* 222 id. 332; *Faulkner* v. *Solazzi,* 79 Conn. 541; 65 A. 947.) Where it is not conducted as part of a barber shop a beauty parlor is not included in that term as used in the statute.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, LYDON, HAMMER and FRANKENTHALER, JJ.